# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIE LAFFERTY** | * | **CIVIL ACTION NO.** |
| | * | |
| | * | **DISTRICT JUDGE** |
| **VERSUS** | * | |
| | * | |
| **GEORGE JORDAN, TRUCKS FOR YOU, INC. AND CHEROKEE INSURANCE COMPANY** | * | **MAGISTRATE JUDGE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**TO:** THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

**NOW INTO COURT**, through undersigned counsel, come Defendants, Trucks for You, Inc. and Cherokee Insurance Company, which respectfully aver as follows:

1.

On or about September 28, 2021, Plaintiff, Julie Lafferty, filed a Petition for Damages in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, naming George Jordan, Trucks For You, Inc. and Cherokee Insurance Company as Defendants. That suit bears docket number 171636, was assigned to Section "C", and is captioned "*Julie Lafferty v. George Jordan, Trucks For You, Inc. and Cherokee Insurance Company*". A copy of the Petition for Damages is attached hereto as Exhibit "A".

2.

Service of the Petition for Damages was requested on Trucks For You, Inc., through the Louisiana Long Arm Statute, and Trucks For You, Inc. was served on or about October 8, 2021.

3.

Service of the Petition for Damages was requested on Cherokee Insurance Company through the Louisiana Secretary of State, and Cherokee Insurance Company was served on or about October 8, 2021.

4.

Service of the Petition for Damages was requested upon George Jordan, through the Louisiana Long Arm Statute. As of the date of the filing of this Notice of Removal, George Jordan has not yet been served. Undersigned counsel will represent George Jordan if and when he is properly served. Without waiving the formal requirements of service of process, George Jordan consents to and joins in this Notice of Removal.

5.

It was not facially apparent from the Petition for Damages that the case was removable pursuant to 28 U.S.C § 1331. Specifically, it was not facially apparent from the Petition for Damages that the amount in controversy exceeded $75,000, exclusive of interest and costs, as is required for removal under diversity of citizenship. The Petition for Damages was silent, or at best, its allegations were vague and ambiguous with respect to the amount in controversy. See attached Exhibit "A". There was no specific allegation as to whether the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs, as required by Article 893 of the Louisiana Code of Civil Procedure.

6.

On or about October 18, 2021, Defendants filed a Dilatory Exception of Vagueness, Ambiguity and Non-Conformity of Petition, seeking to have Plaintiff ordered to amend her Petition for Damages to specifically allege whether her claims exceed the

requisite amount to invoke the jurisdiction of the federal courts, as is required by Louisiana Code of Civil Procedure Article 893. See attached Exhibit "B".

7.

On or about December 23, 2021, Plaintiff filed a First Supplemental and Amending Petition, in which, for the first time, she alleged that the amount in controversy exceeds $75,000. See attached Exhibit "C".

8.

Undersigned counsel was served with the First Supplemental and Amending Petition on January 4, 2022.

9.

Based upon the allegations of Plaintiff's First Supplemental and Amending Petition, it is clear that the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.

This Notice of Removal is filed within thirty (30) days of service of the Plaintiff's First Supplemental and Amending Petition, which was the first paper from which it could be ascertained that the case was removal, and is therefore timely.

11.

Plaintiff, Julie Lafferty, is a citizen of the State of Louisiana. (See Plaintiff's Petition for Damages, attached hereto as Exhibit "A").

12.

Defendant, George Jordan, is a citizen of the State of Arkansas. (See Plaintiff's Petition for Damages, attached hereto as Exhibit "A").

13.

Defendant, Trucks For You, Inc., is a foreign corporation incorporated under the laws of the State of Oklahoma and having its principal place of business in the State of Oklahoma. (See attached Exhibit "D", corporate information from the Oklahoma Secretary of State.)

14.

Defendant, Cherokee Insurance Company, is a foreign insurance company incorporated under the laws of the State of Michigan and having its principal place of business in the State of Michigan. (See attached Exhibit "E", Louisiana Department of Insurance.)

15.

Accordingly, there is complete diversity of citizenship between the Plaintiff and all named defendants. As of the date of the filing of this Notice of Removal, Plaintiff has not named any other defendants.

16.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

17.

In accordance with 28 U.S.C. § 1446(d), Defendants will provide appropriate notice of this removal to the parties, and to the Clerk of Court for the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

## JURY DEMAND

Defendants are entitled to and request trial by jury on all issues herein.

**WHEREFORE**, Defendants, Trucks For You, Inc. and Cherokee Insurance Company, pray that the action entitled *"Julie Lafferty v. George Jordan, Trucks For You, Inc. and Cherokee Insurance Company"*, bearing docket number 171636, and assigned to Section "C" of the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, be removed from that State Court docket to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

*/s/ Gerard J. Dragna*
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**J. EDWARD McAULIFFE, III, #33969**
*Mouledoux, Bland, Legrand & Brackett*
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcauliffe@mblb.com
*Attorneys for Trucks For You, Inc. and Cherokee Insurance Company*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 7th day of January, 2022, at their last known address of record.

    */s/ Gerard J. Dragna*

    **GERARD J. DRAGNA**

h:\1199\210568- lafferty\pleadings\removal\notice of removal.docx