## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

## STATE OF LOUISIANA

**NO. 171636**                                                                                          **DIV. "C"**

### JULIE LAFFERTY

### VERSUS

### GEORGE JORDAN, TRUCKS FOR YOU, INC. AND CHEROKEE INSURANCE COMPANY

FILED: _____                       _____
                                                                                    **DEPUTY CLERK**

### DILATORY EXCEPTION OF VAGUENESS, AMBIGUITY, AND NON-CONFORMITY OF PETITION

NOW INTO COURT, through undersigned counsel, come Defendants, Trucks For You, Inc. and Cherokee Insurance Company, who submit this Dilatory Exception of Vagueness, Ambiguity, and Non-Conformity of Petition on the grounds that the Petition filed by Plaintiff, Julie Lafferty, is vague, ambiguous, and fails to conform to the requirements of Louisiana Code of Civil Procedure Article 893. Specifically, the Petition filed by Plaintiff fails to make the requisite allegation as to whether Plaintiff's claim exceeds or is less than the amount requisite to invoke the jurisdiction of the federal courts and/or the right to trial by jury.

WHEREFORE, Defendants, Trucks For You, Inc. and Cherokee Insurance Company, pray that their Dilatory Exception of Vagueness, Ambiguity, and Non-Conformity of Petition be sustained and that Plaintiff be ordered to amend her Petition for Damages within the next thirty (30) days and specifically allege whether her claim exceeds the requisite amount to invoke the jurisdiction of the federal courts and/or the right to trial by jury, failing which, her Petition should be dismissed, with prejudice, and at Plaintiffs' cost.

Respectfully submitted:

*Mouledoux, Bland, Legrand and Brackett, LLC*

_____
GERARD J. DRAGNA, #23042
C. MICHAEL PARKS, #19727
J. EDWARD McAULIFFE, III, 33969
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcualiffe@mblb.com
*Attorneys for Defendants, Trucks For You, Inc.*
*and Cherokee Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this ____ day of October, 2021, at their last known address of record.

_____
GERARD J. DRAGNA

2

## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

## STATE OF LOUISIANA

**NO. 171636**  **DIV. "C"**

### JULIE LAFFERTY

### VERSUS

### GEORGE JORDAN, TRUCKS FOR YOU, INC. AND CHEROKEE INSURANCE COMPANY

**FILED:** _____   _____
                                                                **DEPUTY CLERK**

### RULE TO SHOW CAUSE

Considering the foregoing Dilatory Exception of Vagueness, Ambiguity, and Non-Conformity of Petition filed by Defendants, Trucks For You, Inc. and Cherokee Insurance Company;

**IT IS ORDERED THAT** Plaintiff, Julie Lafferty, appear and show cause on the _____ day of _____, 2021, at _____ a.m., why the Dilatory Exception of Vagueness, Ambiguity, and Non-Conformity of Petition filed by Defendants, Trucks For You, Inc. and Cherokee Insurance Company, should not be granted as prayed for.

Livingston, Louisiana, this _____ day of _____, 2021.

_____
**DISTRICT JUDGE**

**PLEASE SERVE:**
Plaintiff, Julie Lafferty
Through her attorney of record
Rufus H. Craig
Rufus Craig Law, LLC
704 South Foster Drive
Baton Rouge, LA 70806

And

Everett C. Baudean, Esq.
Baudean Law Firm, LLC
704 South Foster Drive
Baton Rouge, LA 70806

### 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

### STATE OF LOUISIANA

NO. 171636                                                                                       DIV. "C"

#### JULIE LAFFERTY

#### VERSUS

### GEORGE JORDAN, TRUCKS FOR YOU, INC. AND CHEROKEE INSURANCE COMPANY

FILED: _____          _____

                                                                                  **DEPUTY CLERK**

### MEMORANDUM IN SUPPORT OF DILATORY EXCEPTION OF VAGUENESS, AMBIGUITY, AND NON-CONFORMITY OF PETITION

MAY IT PLEASE THE COURT:

Defendants, Trucks For You, Inc. and Cherokee Insurance Company, except to the Petition for Damages filed by Plaintiff, Julie Lafferty, on the grounds that the Petition for Damages fails to allege whether or not Plaintiff's claim exceeds the requisite amount to invoke the jurisdiction of the federal courts and/or the right to trial by jury.

Plaintiff, Julie Lafferty, filed suit in the above-captioned matter against George Jordan, Trucks For You, Inc. and Cherokee Insurance Company. *See* Plaintiff's Petition for Damages attached hereto as Exhibit "1". Plaintiff is a Louisiana citizen. *See* Attached Exhibit "1," Plaintiff's Petition for Damages. Plaintiff alleges that Defendant, George Jordan, is a domiciliary of the State of Arkansas and that Defendants, Trucks For You, Inc. and Cherokee Insurance Company, are foreign companies. *Id.*

Plaintiff's Petition therefore reveals that there is complete diversity of citizenship between the Plaintiff and all named Defendants. Plaintiff is a Louisiana citizen. George Jordan is a citizen of Arkansas. Trucks for You, Inc. is a foreign corporation incorporated under the laws of the State of Oklahoma and having its principal place of business in the State of Oklahoma. *See* attached Exhibit "2," corporate information from Oklahoma Secretary of State. Cherokee Insurance Company is a foreign insurer incorporated under the laws of the State of Michigan and having its principal place of business in the State of Michigan. *See* Attached Exhibit "3", documents from Louisiana Department of Insurance. Because diversity of citizenship exists between Plaintiff and all named Defendants, the

2

above-referenced matter is potentially removable to the United States District Court for the Middle District of Louisiana.

However, Plaintiff's Petition for Damages failed to include any allegation as to whether the amount of damages sought is sufficient or insufficient to invoke the diversity jurisdiction of the federal courts. In 2004, Louisiana Code of Civil Procedure Article 893 was amended to require that such an allegation be specifically made by plaintiffs. That Article, in pertinent part, reads as follows:

> A. (1) No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand. The prayer for relief shall be for such damages as are reasonable in the premises **except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, the lack of jurisdiction of federal courts due to insufficiency of damages, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required.** By interrogatory, an opposing party may seek specification of the amount sought as damages, and the response may thereafter be supplemented as appropriate.

La. C.C.P. art. 893 (emphasis added).

Article 893 was specifically amended to address the present situation. Defendants are attempting to determine whether the case is removable to federal court, but Plaintiff's Petition is silent in this regard. Instead, Plaintiff's Petition merely makes general allegations of various ailments and damages without providing any specific information from which the amount in controversy could be ascertained. Indeed, Defendants are unable to determine whether the requisite amount in controversy exists to invoke federal diversity of citizenship jurisdiction. La. C.C.P. art. 893 requires such an allegation.

Furthermore, Plaintiff's Petition for Damages fails to allege whether her claimed damages are sufficient to establish the right to a jury trial as Article 893 requires.

For these reasons, Defendants' Dilatory Exception of Vagueness, Ambiguity, and Non-Conformity of Petition should be granted, and Plaintiff should be ordered to amend her Petition within the next thirty (30) days to specifically allege whether the amount of her claim is sufficient to invoke the jurisdiction of the federal courts and/or the right to trial by jury, failing which her Petition for Damages should be dismissed, with prejudice, and at her cost.

Respectfully submitted:

*Mouledoux, Bland, Legrand and Brackett, LLC*

_____
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**J. EDWARD McAULIFFE, III, 33969**
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcauliffe@mblb.com
*Attorneys for Defendants, Trucks For You, Inc.*
*and Cherokee Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this ____ day of October, 2021, at their last known address of record.

_____
**GERARD J. DRAGNA**

h:\1199\210568- lafferty\pleadings\dilatory exception of vagueness.docx

4

CIVIL

Service as is

JULIE LAFFERTY

DOCKET NO.: 171636 SEC: C

VERSUS

21ST JUDICIAL DISTRICT COURT

GEORGE JORDAN,
TRUCKS FOR YOU, INC., AND
CHEROKEE INSURANCE COMPANY

PARISH OF LIVINGSTON

STATE OF LOUISIANA

CIVIL

### PETITION FOR DAMAGES

NOW INTO COURT, comes JULIE LAFFERTY, domiciled in Livingston Parish, who respectfully represents:

1.

Made Defendants herein are:

- A. **GEORGE JORDAN**, an Arkansas resident of the lawful age of majority, domiciled in Benton County, and residing at 613 E. Central St., Siloam Springs, AR 72761.

- B. **TRUCKS FOR YOU, INC.**, an Oklahoma corporation authorized to do and doing business in the State of Louisiana, who can be served through its registered agent, Jay Calavan, 3303 N 32nd St, Muskogee, OK 74401.

- C. **CHEROKEE INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, who can be served through the Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

2.

Jurisdiction and venue are appropriate under LA R.S. 13:3201(3) and LA CCP Art. 74 as this action is a suit for an offense or quasi offense occurring in Livingston Parish, State of Louisiana.

3.

Plaintiff, **JULIE LAFFERTY**, on or about October 2, 2020, was the owner and operator of a 2016 Nissan Altima, stopped at a red traffic signal while eastbound on Bass Pro Blvd at the intersection of LA Hwy 3002/S. Range Ave., in the parish of Livingston, State of Louisiana, within the jurisdictional limits of this court.

4.

The vehicle which **GEORGE JORDAN** was operating, a 2021 Kenworth Tractor Trailer, was stopped behind **JULIE LAFFERTY** at the intersection.

Page 1 of 5

FAXED
LIVINGSTON PARISH
CLERK OF COURT
DATE 9/21/21

EXHIBIT 1

5.

Suddenly and without warning, the vehicle operated by **GEORGE JORDAN** drove into the rear of the vehicle operated by **JULIE LAFFERTY**, thereby causing a collision and pushing the vehicle driven by **JULIE LAFFERTY**, resulting in injuries to her.

6.

During this entire occurrence, **JULIE LAFFERTY** drove her vehicle safely and with skill. Further, in no way did **JULIE LAFFERTY** contribute to causing the collision.

7.

The collision described above was caused solely and proximately by the gross and flagrant recklessness, carelessness, negligence and fault of **GEORGE JORDAN**, in the following, non-exclusive, particulars, to-wit;

- A.  In failing to keep a proper look out;
- B.  In failing to keep his vehicle under proper control;
- C.  In operating his vehicle in a wanton and reckless manner with no regard for the rights and safety of others;
- D.  In failing to yield;
- F.  In failing to see what he should have seen and if having seen, in failing to heed;
- G.  In failing to stop;
- H.  In driving his vehicle into the rear of the vehicle operated by **JULIE LAFFERTY**;
- I.  In traveling too closely behind another vehicle in contravention of LA R.S. 32:81; and
- J.  Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

8.

Petitioner is informed, believes, and therefore alleges that at the time of the accident **GEORGE JORDAN** was the employee and representative of **TRUCKS FOR YOU, INC.**, and was acting within the course and scope of his employment at the time of the accident and therefore **TRUCKS FOR YOU, INC.** is liable for the damages suffered by **JULIE LAFFERTY**, herein caused by the negligence of **GEORGE JORDAN**.

9.

Petitioner is informed, believes, and therefore alleges that at the time of the accident **TRUCKS FOR YOU, INC.**, and/or **GEORGE JORDAN** had a policy of motor vehicle liability insurance with **CHEROKEE INSURANCE COMPANY**, insuring against the negligent acts of **GEORGE JORDAN**, and under the laws of the State of Louisiana was in full force and effect at the time of the accident and which insurance inures to the benefit of petitioners under the provisions of the Louisiana Direct Action Statute, Revised Statute 22:1269.

10.

Plaintiff further alleges on information and belief that under the terms of said policy, **CHEROKEE INSURANCE COMPANY** obligated itself to pay any and all damages to others as a result of the negligence of **GEORGE JORDAN**, the operator of said vehicle covered by said policy at the time of said collision.

11.

Plaintiff alleges on information and belief that at the time of the collision described above, the vehicle operated by **GEORGE JORDAN** was covered by the above-described automobile liability insurance policy with **CHEROKEE INSURANCE COMPANY** and was then in full force and effect.

12.

**GEORGE JORDAN, TRUCKS FOR YOU, INC.** and **CHEROKEE INSURANCE COMPANY** are therefore liable unto Plaintiff in said collision, which are itemized and set out hereafter.

13.

As a result of the fault and/or negligence of the **GEORGE JORDAN** in causing the aforementioned accident, petitioner **JULIE LAFFERTY** suffered injuries including, but not limited to the following:

   A. Injuries to her neck;
   B. Injuries to her back;
   C. Injuries to her spine;
   D. Injuries to her legs; and
   E. Any and all other injuries to be shown upon trial of this matter.

14.

As a result of the accident sued upon herein, petitioner **JULIE LAFFERTY** suffered the following damages:

  A. Physical pain and suffering - past, present, and future;
  B. Mental pain, anguish, and distress - past, present, and future;
  C. Medical expenses - past, present, and future;
  D. Loss of enjoyment of life - past, present, and future;
  E. Lost wages;
  F. Any and all other damages which shall be proven at trial of this matter.

15.

The Plaintiff herein, **JULIE LAFFERTY** is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

**WHEREFORE**, petitioner prays:

1. That certified copies of this petition, together with citation, be issued and served according to law on the defendants:

   A. **GEORGE JORDAN**, an Arkansas resident of the lawful age of majority, domiciled in Benton County, and residing at 613 E. Central St., Siloam Springs, AR 72761.

   B. **TRUCKS FOR YOU, INC.**, an Oklahoma corporation authorized to do and doing business in the State of Louisiana, who can be served through its registered agent, Jay Calavan, 3303 N 32nd St, Muskogee, OK 74401.

   C. **CHEROKEE INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, who can be served through the Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

2. After the elapse of all legal delays and proceedings had, there be judgement against **GEORGE JORDAN, TRUCKS FOR YOU, INC.** and **CHEROKEE INSURANCE COMPANY**, in favor of **JULIE LAFFERTY** in such amounts as are reasonable in the premises;

3. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and

4. For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

RESPECTFULLY SUBMITTED:

_____
Rufus Holt Craig, Bar #: 14172
Rufus Craig Law LLC
704 South Foster Drive
Baton Rouge, LA 70806
Telephone (225) 928-0310
Facsimile (225) 927-7919

_____
Everett C. Baudean Bar #34438
Baudean Law Firm LLC
704 South Foster Drive
Baton Rouge, LA 70806
Telephone (225) 928-0310
Facsimile (225) 927-7919

Page 4 of 5

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this 9/29/20___
_____
Deputy Clerk of Court

**PLEASE SERVE**

**GEORGE JORDAN**
*Via long-arm statute*
613 E. Central St.
Siloam Springs, AR 72761

**TRUCKS FOR YOU, INC.**
*Via long-arm statute*
Jay Calavan
3303 N 32nd St.
Muskogee, OK 74401.

**CHEROKEE INSURANCE COMPANY**
*through the Secretary of State*
8585 Archives Avenue,
Baton Rouge, Louisiana, 70809

 **OKLAHOMA**
Secretary of State

📧 Contact Us    ✉ Help

Show Menu

Home : Business Services : Corp Search : **Corp Information**

**Entity Summary Information**

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

TRUCKS FOR YOU, INC.

Details

| | |
|---|---|
| Filing Number: | 1900421924 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Domestic For Profit Business Corporation |
| Jurisdiction | Oklahoma |
| Formation Date: | 19 Jul 1984 |

Registered Agent Information

| | |
|---|---|
| Name: | JAY CALAVAN |
| Effective: | 17 Apr 2018 |
| Address: | 3302 N 32ND ST |
| City, State, ZipCode: | MUSKOGEE  OK  74401 |


EXHIBIT 2

# Details for Cherokee Insurance Company

**Name:**
Cherokee Insurance Company
**NAIC#:**
10642
**Domicile:**
MI
**Phone:**
N/A
**Toll Free#:**
(800) 201-0450 x3474

Addresses

Type: Administrative
34200 Mound Road
Sterling Heights, MI 48310

Type: Books and Records
34200 Mound Road
Sterling Heights, MI 48310

Type: Domicile
2700 Howard Street
Port Huron, MI 48060

Type: Mailing
34200 Mound Road
Sterling Heights, MI 48310

No Appointed Producers

Complaint Data

Licensing Information

| License Type | Initial Issuance Date | Expiration Date |
|---|---|---|
| Admitted Insurer | 3/19/1958 | |

Lines of Insurance

https://ldi.la.gov/onlineservices/ActiveCompanySearch/Details.aspx


EXHIBIT 3